ROSE FERRARO et al., as Administratrices of the Estate of JAMES FERRARO, Deceased, Respondents, *v.* CHRISTIAN F. TERRENCE et al., Copartners under the Firm Name of C. F. TERRENCE & SON, Appellants.

*Ferraro v. Terrence,* 188 App. Div. 934, affirmed.

(Argued December 3, 1919; decided January 6, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 2, 1919, unanimously affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover for the death of plaintiffs' intestate alleged to have been occasioned through the negligence of defendants, his employers. The intestate was killed while in the hold of a ship, which the defendants had contracted to load, by an iron beam, which rested in slots at the side of the hatch at the between-decks, being caused to fall into the hold by reason of the hook at the end of the fall used in loading catching underneath it, and lifting it out of its ockets. The negligence complained of was the alleged failure to furnish a safe place in which to work, in that the said beam which fell hould have been securely fastened in place, or should have been removed before the work of loading was commenced.

*Bertrand L. Pettigrew* and *Walter L. Glenney* for appellants.

*Frank F. Davis* and *Charles E. Russell* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ.